■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LANE, Appellant. [630 NYS2d 256] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered April 1, 1991, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the

People *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to prove the defendant's guilt of manslaughter in the first degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 460.15 [5]).

We have examined the defendant's pro se contention and find it to be without merit. Bracken, J. P., Balletta, Pizzuto and Krausman, JJ., concur.